Town of Rush v New York State Off. of Renewable Energy Siting (2023 NY Slip Op 05883)

Town of Rush v New York State Off. of Renewable Energy Siting

2023 NY Slip Op 05883

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ.

803 OP 23-00427

[*1]TOWN OF RUSH, PETITIONER,
v
NEW YORK STATE OFFICE OF RENEWABLE ENERGY SITING, NEW YORK STATE, AND HORSESHOE SOLAR ENERGY LLC, RESPONDENTS. 

WISNIEWSKI LAW PLLC, WEBSTER (BENJAMIN E. WISNIEWSKI OF COUNSEL), FOR PETITIONER.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (JOSHUA M. TALLENT OF COUNSEL), FOR RESPONDENTS NEW YORK STATE OFFICE OF RENEWABLE ENERGY

 Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to Executive Law § 94-c [5] [g]) to annul and vacate determinations of respondent New York State Office of Renewable Energy Siting. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 16, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 17, 2023
Ann Dillon Flynn
Clerk of the Court